JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIN DADKHAH TEHRANI, | Case No. 8:26-cv-00630-SB-AJR |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| DAVID MARIN et al., | |
| Defendants. | |

For the reasons stated in the March 31, 2026 order granting the petition for habeas corpus (Dkt. No. 16) and order denying the request for permanent injunctive relief entered this date, it is ordered and adjudged that:

1. The habeas petition is granted in part, requiring the immediate release of Petitioner from custody on the terms of his prior release.

2. Petitioner's additional requests for relief are denied for the reasons stated in the Order Denying Request for Permanent Injunctive Relief.

This is a final judgment.

Date: April 9, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1